IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RAYONIER PERFORMANCE FIBERS, LLC | ) ) ) | |
| v. | ) ) | CV 216-82 |
| MADDOX FOUNDRY AND MACHINE WORKS, INC. | ) ) ) | |

## ORDER

Plaintiff Rayonier Performance Fibers, LLC and Defendant Maddox Foundry and Machine Works, Inc., by and through their respective counsel, have filed a Stipulation of Extension of Time to Respond to Discovery Requests Served with the Complaint (Dkt. 5). The Motion is hereby GRANTED.

SO ORDERED this 10 day of June, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA